56,745-01,02,03

Alejandro Ledesma, Jr.
TDCJ-CID #1134797
French M. Robertson Unit
12071 FM 3522
Abilene, Texas 79601-8749
(325)548-9035

April 5, 2015

Hon. Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
P.O. Box 12308
Austin, Texas 78711-2308
(512)463-1551
www.cca.courts.state.tx.us

RE: STATE V. LEDESMA, Cause No. 2000D04485 (41st Jud. Dist. Ct. El Paso Co.Tx)

Dear Clerk,

Would you please let me know whether or not an application for a writ of habeas corpus pursuant to Article 11.07 Code of Criminal Procedures has ever been filed in the above-listed case? If so, would you then please send me a true copy of your official DOCKET so I can see the dates when it was filed and its final disposition.

If anything further is required from myself, please let me know.

Thank you for your time and assistance.

Sincerely,

Alejandro Ledesma, Jr.

ALJ/rjr

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 08 2015

Abel Acosta, Clerk